the majority of the panel, the Judgment of the District Court is

Affirmed.

Judges WISDOM, THORNBERRY, GOLDBERG, GODBOLD and SIMPSON dissent for the reasons set out in Judge GOLDBERG's dissenting opinion, 385 F.2d 887 at 894.

Jerry Mack **DORROUGH**, Appellant,

v.

**UNITED STATES** of America,

Appellee.

No. 24017.

United States Court of Appeals
Fifth Circuit.

July 25, 1968.

W. B. West, III, Dallas, Tex., for appellant.

B. H. Timmins, Jr., Asst. U. S. Atty., Dallas, Tex., for appellee.

ON PETITION FOR RE-
HEARING EN BANC

Before JOHN R. BROWN, Chief Judge, and WISDOM, GEWIN, BELL, THORNBERRY, COLEMAN, GOLD-BERG, AINSWORTH, GODBOLD, DYER, SIMPSON and CLAYTON, Circuit Judges.

PER CURIAM.

The District Court denied a motion to vacate a sentence imposed pursuant to a plea of guilty. A panel of this Court, with one Judge dissenting, affirmed, 385 F.2d 887 (1967). On motion of a Judge of this Court in regular active service the appeal was ordered considered en banc.

Upon such consideration, for the reasons stated in the published opinion of

**UNITED STATES** of America,

Appellee,

v.

Otho Warren **VICKERS**, Appellant.

No. 11815.

United States Court of Appeals
Fourth Circuit.

Argued Feb. 5, 1968.

Decided July 25, 1968.

Irvin B. Tucker, Jr., Raleigh, N. C., for appellant.

William H. Murdock, U. S. Atty. (H. Marshall Simpson, Asst. U. S. Atty., on the brief), for appellee.

Before HAYNSWORTH, Chief Judge, and SOBELOFF and BOREMAN, Circuit Judges.

PER CURIAM:

The search of Vickers' pickup truck for illegal whisky was based on probable cause and no grounds have been asserted requiring disclosure of the identity of the confidential informant. United States v. Williams, 4 Cir., 384 F.2d 988; United States v. Pitt, 4 Cir., 382 F.2d 322.

Affirmed.